**Order filed April 23, 2020**



## In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00843-CV
_____

### EITAN LEVY AND NILI LEVY, Appellants

### V.

### GARY LEACH AND SHARON LEACH, Appellees

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-56345**

## ORDER

Appellants' brief was originally due January 21, 2020. We granted three extensions of time to file appellants' brief until April 13, 2020. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed.

We order appellants to file a brief with the clerk of this court on or before **May 13, 2020**. If appellants do not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.